## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA
### Lincoln Division

| | |
|---|---|
| In Re | |
| Daniel L. Koch, | Case No. 11-40529 |
| Debtor. | Chapter 13 |
| Wells Fargo Home Mortgage as servicer for Wells Fargo Bank, National Association, | AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| its principals, successors and assigns | |
| Movant, | NOTICE OF OBJECTION/RESISTANCE DEADLINE AND PRELIMINARY HEARING |
| v. | |
| Daniel L. Koch, Debtor, | Kozeny & McCubbin |
| and | 12400 Olive Blvd., Suite 555 |
| Lisa Ann Williams, Co-Debtor | St. Louis, MO  63141 |
| and | (314) 991-0255 |
| Kathleen Laughlin, Trustee, | nebk@km-law.com |
| Respondents. | |

Respondents.

**NOTICE OF OBJECTION/RESISTANCE DEADLINE AND PRELIMINARY HEARING ON AMENDED MOTION OF WELLS FARGO HOME MORTGAGE AS SERVICER FOR WELLS FARGO BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY**

TO:  All Parties in Interest

NOTICE IS HEREBY GIVEN, pursuant to Rule 4001-1 of the Nebraska Rules of Bankruptcy Procedure, that Wells Fargo Home Mortgage as servicer for Wells Fargo Bank, National Association has filed an Amended Motion for Relief from the Automatic Stay, a copy of which is attached hereto as Exhibit "A" and by this reference incorporated herein. Any resistance to the attached motion must be filed with the Court and served upon the undersigned and all parties in interest on or before August 5, 2011 as set forth in the Notice Setting Objection/Resistance Deadline and Preliminary Hearing Date entered by the Court, a copy of which is attached hereto as Exhibit "B" and incorporated herein by reference. If an

objection or resistance is properly and timely filed, a hearing will be held on August 15, 2011, at 1:30 PM CENTRAL TIME in the Roman L. Hruska Courthouse, 111 South 18th Plaza, Bankruptcy Courtroom #8, 2nd Floor, Omaha, NE 68102. If no resistance is filed, the above motion will be granted by entry of a court order.

Evidence offered at the hearing shall be presented by Affidavit according to Neb. R. Bankr. P.  4001-1(F) and 9017-1.

Respectfully submitted,

__/s/ Jonathon B. Burford_____
Jonathon B. Burford, #59337
Pamela B. Leonard, #37027
Attorneys for Movant
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax:  (314) 567-8019
nebk@km-law.com

I certify that a true copy of the Above Pleading was served either electronically or via first class mail on July 25, 2011 upon the following parties:

Daniel L. Koch
Debtor
1620 West 6th
North Platte, NE 69101

Lisa Williams
Co-Debtor
1620 West 6th Street
North Platte, NE 69101

James C. Bocott
Attorney for Debtor
The Law Office of James C. Bocott
315 North Dewey Street
Suite 213
PO Box 1267
North Platte, NE 69103-1267

Kathleen Laughlin
Trustee
13930 Gold Circle
Suite 201
Omaha, NE 68144

Office of the US Trustee
U.S. Trustee
111 South 18th Plaza
Suite 1148
Omaha, NE 68102

/s/ John Padilla
John Padilla